UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>George Raymond Avery, JR.,<br><br>              Defendant. | CASE NO. 10cr1252-BTM<br><br>JUDGMENT OF DISMISSAL |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

_X_     the Court has granted the motion of the Government for dismissal; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

___     of the offense(s) of:

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/27/2010

Barry Ted Moskowitz
UNITED STATES DISTRICT JUDGE


ENTERED ON _____